Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16426−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Donald R Andrews Sr.
   35 DORSET AVE
   Millville, NJ 08332

   Taylor Marie Andrews
   aka Taylor M Andrews, aka Taylor M
   Jeannette, aka Jeannette M Andrews, aka
   Jeannette M Taylor
   35 DORSET AVE
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0911                       xxx−xx−3899

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 31, 2021.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 31, 2021
JAN: kvr

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 21-16426-JNP
Donald R Andrews, Sr.                                                                            Chapter 13
Taylor Marie Andrews
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                         Page 1 of 3
Date Rcvd: Aug 31, 2021                      Form ID: 148                        Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald R Andrews, Sr., Taylor Marie Andrews, 35 DORSET AVE, Millville, NJ 08332-4835 |
| 519285414 | + | BRIAN E. CAINE, ESQ., PARKER McCAY P.A., 9000 Midlantic Drive, Suite 300, P.O. Box 5054, Mount Laurel, NJ 08054-5054 |
| 519288701 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519283700 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO BOX 55848, c/o Progressive Insurance, Sherman Oaks, CA 91411 |
| 519283701 | + | Capital One Ban USA NA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 519283713 | + | Direct Loan Svc System, PO Box 5609, Greenville, TX 75403-5609 |
| 519293571 | + | Gateway Mortgage Group, P.O. Box 1560, Jenks, OK 74037-1560 |
| 519283716 | + | Gateway Mortgage Group, 7030 S Yale #700, Tulsa, OK 74136-5750 |
| 519283717 | | Geico, One Geico Center, Macon, GA 31296-0001 |
| 519283718 | + | Inspira Health, PO BOX 650292, Dallas, TX 75265-0292 |
| 519283723 | + | Pressler Felt & Warhaw LLp, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519283724 | | Progressive, Po Box 7247-0311, Philadelphia, PA 19170-0311 |
| 519283726 | + | South Jersey Healtcare, PO Box 48274, Newark, NJ 07101-8474 |
| 519283728 | + | The Bureaus, 650 Dundee Rd Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519283699 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 31 2021 20:21:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 519293061 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 31 2021 20:21:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 519293889 | + | EDI: AIS.COM | Sep 01 2021 00:23:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519283702 | + | EDI: CAPITALONE.COM | Sep 01 2021 00:23:00 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 519283703 | + | Email/Text: tracey.gregoire@millvillenj.gov | Aug 31 2021 20:21:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 519283704 | + | EDI: WFNNB.COM | Sep 01 2021 00:23:00 | Comenity Bank, PO Box 182124, Columbus, OH 43218-2124 |
| 519283705 | | EDI: WFNNB.COM | Sep 01 2021 00:23:00 | Comenity Bank/LNBRYANT, PO Box 182789, Columbus, OH 43218-2789 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519283707 | + | EDI: WFNNB.COM | Sep 01 2021 00:23:00 | Comenity Capital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519283709 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 31 2021 20:21:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 519283710 | | EDI: CCS.COM | Sep 01 2021 00:23:00 | Credit Collection Services, PO BOX 55126, Boston, MA 02205-5126 |
| 519283711 | + | EDI: NAVIENTFKASMDOE.COM | Sep 01 2021 00:23:00 | Dept of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 519287002 | | EDI: DISCOVER.COM | Sep 01 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519283714 | + | EDI: DISCOVER.COM | Sep 01 2021 00:23:00 | Discover FIN SVCS LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519283715 | | EDI: DISCOVER.COM | Sep 01 2021 00:23:00 | Discover Fincl Svc, PO Box 15316, Wilmington, DE 19850-5316 |
| 519283719 | + | EDI: IRS.COM | Sep 01 2021 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519283720 | + | EDI: MID8.COM | Sep 01 2021 00:23:00 | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 519293093 | + | EDI: MID8.COM | Sep 01 2021 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519285586 | | EDI: NAVIENTFKASMSERV.COM | Sep 01 2021 00:23:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519283722 | | EDI: PRA.COM | Sep 01 2021 00:23:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519283725 | + | Email/Text: EBN_Waco@Receivemorermp.com | Aug 31 2021 20:21:00 | RMP SERVICES LLC, 200 N NEW ROAD, Waco, TX 76710-6932 |
| 519284557 | + | EDI: RMSC.COM | Sep 01 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519283727 | + | EDI: PHINGENESIS | Sep 01 2021 00:23:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 519283729 | | EDI: TFSR.COM | Sep 01 2021 00:23:00 | Toyota Finance Company, P.O. Box 5855, Carol Stream, IL 60197-5855 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519283706 | | Comenity Capital Bank/Davids Bridal |
| 519283708 | *+ | Comenity Capital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519283712 | *+ | Dept of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 519283721 | *+ | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 148 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brian E Caine
on behalf of Creditor Gateway Mortgage Group  a division of Gateway First Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Seymour Wasserstrum
on behalf of Debtor Donald R Andrews  Sr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
on behalf of Joint Debtor Taylor Marie Andrews mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5