Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  21−16426−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donald R Andrews Sr.<br>35 DORSET AVE<br>Millville, NJ 08332 | Taylor Marie Andrews<br>aka Taylor M Andrews, aka Taylor M Jeannette, aka Jeannette M Andrews, aka Jeannette M Taylor<br>35 DORSET AVE<br>Millville, NJ 08332 |

Social Security No.:
  xxx−xx−0911                                     xxx−xx−3899

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 4, 2021</u>             <u>Jerrold N. Poslusny Jr.</u>
                                              Judge, United States Bankruptcy Court